UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAURICE CRISP,

    Plaintiff,

v.

PATRICIA CARUSO, et al.,

    Defendants.
    _____/

Case No. 2:14-cv-14132

HONORABLE STEPHEN J. MURPHY, III

**ORDER ADOPTING REPORT AND
RECOMMENDATION (document no. 18) AND DISMISSING THE CASE**

    Maurice Crisp is a prisoner currently in the custody of the Michigan Department of Corrections. He alleged in his lawsuit that while he was incarcerated at the St. Louis, Michigan Correctional Facility, he ingested contaminated water and as a result, developed numerous health complications. The Court referred the matter to a magistrate judge who permitted Crisp to cure the defects of his original complaint. Referral Order, ECF No. 10; Order 8–9, ECF No. 13. After Crisp amended his complaint, the magistrate judge entered a Report and Recommendation suggesting the Court dismiss the case as time-barred. *See* Report 6, ECF No. 18.

    De novo review of the magistrate judge's findings is only required if the parties "serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). Pursuant to Civil Rule 72(b)(2), the parties were permitted to file objections to the Report within 14 days of service. No objections were filed, and therefore de novo review of the Report is not required. Having reviewed the Report's analysis, in light of the record, the Court finds that its conclusions are factually based and legally sound. Accordingly, it will adopt the Report's findings and dismiss the complaint with prejudice.

**ORDER**

**WHEREFORE**, it is hereby **ORDERED** that the Report and Recommendation (document no. 18) is **ADOPTED**.

**IT IS FURTHER ORDERED** that the case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: November 8, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 8, 2016, by electronic and/or ordinary mail.

s/David P. Parker
Acting Case Manager